UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE:<br><br>RICARDO LOZA, JR | CASE NO: 23-40845-mxm7<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 7<br>ECF Docket Reference No. 18 |

On 4/26/2023, I did cause a copy of the following documents, described below,

Amended Petition ECF Docket Reference No. 18

Schedules 19

Statement of Financial Affairs 20

Form 122A-1Supp 21

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/26/2023

/s/ Clayton Everett
Clayton Everett  24065212
Attorney for Debtor
Norred Law, PLLC
515 E Border St
Arlington, TX  76010
817 704 3984
anorred@norredlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE:<br><br>RICARDO LOZA, JR | CASE NO: 23-40845-mxm7<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 18 |

On 4/26/2023, a copy of the following documents, described below,

Amended Petition ECF Docket Reference No. 18

Schedules 19

Statement of Financial Affairs 20

Form 122A-1Supp 21

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/26/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Clayton Everett
Norred Law, PLLC
515 E Border St
Arlington, TX  76010

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not sent mail through a First Class USPS Mail Service.

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-40845-MXM7

BEACON SALES ACQUISITION INC
MATTHEWS SHIELS KNOTT
CO ROBERT L EDEN
8131 LBJ FREEWAY SUITE 700
DALLAS TX 75251-1352

EXCLUDE
(U)FORD MOTOR CREDIT COMPANY LLC

NATIONAL AUTO FINANCE COMPANY CO AIS PORTF
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

TARRANT COUNTY
LINEBARGER GOGGAN BLAIR SAMPSON LLP
CO SHERREL K KNIGHTON
2777 N STEMMONS FRWY
SUITE 1000
DALLAS TX 75207-2328

EXCLUDE
501 W TENTH STREET
FORT WORTH TX 76102-3637

AMERICA EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

ATTORNEY GENERAL
MAIN JUSTICE BLDG ROOM 5111
10TH CONSTITUTION AVE NW
WASHINGTON DC 20530-0001

BARCLAYS
PO BOX 60517
CITY OF INDUSTRY CA 91716-0517

EXCLUDE
(U)BEACON SALES ACQUISITION INC
ROBERT EDEN

BRACKETT ELLIS
100 MAIN ST
FORT WORTH TX 76102-3008

CAPITAL ONE
1680 CAPITAL ONE DR
MCLEAN VA 22102-3407

CAPITAL ONE
PO BOX 60519
CITY OF INDUSTRY CA 91716-0519

CAPITAL ONE
PO BOX 105474
ATLANTA GA 30348-5474

EXCLUDE
(D)CAPITAL ONE
PO BOX 60519
CITY OF INDUSTRY CA 91716-0519

CITIBANK (BEST BUY)
PO BOX 790441
ST LOUIS MO 63179-0441

CITIBANK (HOME DEPOT)
PO BOX 9001010
LOUISVILLE TX 40290-1010

COMENITY BANK (FLOOR AND DECOR)
PO BOX 650964
DALLAS TX 75265-0964

FIRST BANK AND TRUST (MERCURY CARD)
PO BOX 84064
COLUMBUS GA 31908-4064

FORD MOTOR CREDIT
542000
PO BOX
OMAHA NE 68154

FORWARD FINANCE
20
53 STATE ST
BOSTON MA 02109-3204

GOLDMAN SACHS
PO BOX 7247
PHILADELPHIA PA 19170-0001

GOLDMAN SACHS (MARCUS)
PO BOX 45400
SALT LAKE CITY UT 84145-0400

IRS
SPECIAL PROCEDURESINSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

JODY PURVIS LOZA
835 EAST LAMAR BOULEVARD
125
ARLINGTON TX 76011-3504

KALMATA CAPITAL GROUP
1210
80 BROAD STREET
NEW YORK NY 10004-2800

LGBS
100 THROCKMORTON ST 300
FORT WORTH TX 76102-2833

USPS FIRST CLASS MAIL RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| LGBSDALLAS<br>2777 N STEMMONS FWY SUITE 1000<br>DALLAS   TX 75207-2328 | (P)PAYPAL<br>3505 SILVERSIDE RD<br>STE 200<br>WILMINGTON DE 19810-4905 | MERCURY CARD<br>PO BOX 70168<br>PHILADELPHIA  PA 19176-0168 |
| NATIONAL AUTO FINANCE COMPANY<br>AIS PORTFOLIO SERVICES   LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY   OK 73118-7901 | PAYPAL<br>PO BOX 960006<br>ORLANDO   FL 32896-0006 | PENNY MAC<br>SUITE 200<br>3043 TOWNSGATE RD<br>WESTLAKE VILLAGE   CA 91361-3027 |
| PERDUE BRANDON FIELDER COLLINS AND MOTT LLP<br>500 E BORDER 640<br>ARLINGTON   TX 76010-7457 | SOFI BANK<br>300<br>2750 E COTTONWOOD PARKWAY<br>COTTONWOOD HEIGHTS   UT 84121-7285 | (P)TEXAS COMPTROLLER OF PUBLIC ACCOUNT<br>REVENUE ACCOUNTING DIV  BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| SYNCHRONY BANK (ASHLEYS)<br>PO BOX 960061<br>ORLANDO   FL 32896-0061 | SYNCHRONY BANK (DISCOUNT TIRE)<br>PO BOX 960061<br>ORLANDO   FL 32896-0061 | TAX DIVISIONUS DEPARTMENT OF JUSTICE<br>717 N HARWOOD   STE 400<br>DALLAS   TX 75201-6598 |
| TEXAS ALCOHOLIC BEV COMM<br>LICENSES AND PERMITS DIVISION<br>PO BOX 13127<br>AUSTIN   TX 78711-3127 | TEXAS ATTORNEY GENERAL<br>BKCOLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN   TX 78711-2548 | TEXAS WORKFORCE COMM<br>TEC BUILDINGBANKRUPTCY<br>101 E 15TH STREET<br>AUSTIN   TX 78778-0001 |
| US ATTORNEYNORTH<br>3RD FLOOR   1100 COMMERCE ST<br>DALLAS   TX 75242 | US TRUSTEE<br>1100 COMMERCE ST   RM 976<br>DALLAS   TX 75242-0996 | UNITED STATES TRUSTEE<br>1100 COMMERCE STREET<br>ROOM 976<br>DALLAS   TX 75242-0996 |
| WENDY BURGESSTAX ASSESSOR<br>100 E WEATHERFORD STREET<br>FORT WORTH   TX 76196-0206 | JOHN DEE SPICER<br>SUITE 560   FOUNDERS SQUARE<br>900 JACKSON STREET<br>DALLAS   TX 75202-4404 | DEBTOR<br>RICARDO LOZA JR<br>606 CHAFFEE DR<br>ARLINGTON   TX 76006-2010 |

WARREN V NORRED
NORRED LAW PLLC
515 E BORDER STREET
ARLINGTON   TX 76010-7402